STATE OF NEW JERSEY v. RICHARD J. WHEDBEE.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. JOSE COLON, *ET AL.*

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE LANG.

May 2, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT MILLER.

May 2, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. CARMINE TERRANOVA.

May 2, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. BENJAMIN BROWN.

May 2, 1972. Petition for certification denied.